IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID W. WILSON,

      Plaintiff,                        No. CIV S-06-2183 WBS DAD P

    vs.

JAMES TILTON, et al.,

      Defendants.              ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On December 28, 2006, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. In his objections, plaintiff reveals that he submitted an inmate appeal concerning

1

1  the claims alleged in this action – (1) his desire to be double celled with the inmate of his choice
2  at California Medical Facility, (2) his desire for prison officials to adopt a policy of not housing
3  inmates together unless both inmates have signed a compatibility form, (3) his desire for a
4  transfer to Atascadero State Hospital, and (4) his desire to be allowed to keep certain property in
5  his cell – only after he received the magistrate judge's findings and recommendations.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 28, 2006, are adopted in full;

2. Plaintiff's October 3, 2006 application to proceed in forma pauperis is denied;

3. Plaintiff's December 20, 2006 motion for injunctive relief is denied; and

4. This action is dismissed, without prejudice, for failure to exhaust available administrative remedies before bringing the action.

DATED: February 5, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE